IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DG BF, LLC, a Delaware limited liability company, individually and derivatively on behalf of AMERICAN GENERAL RESOURCES LLC, a Delaware limited liability company; and JEFF A. MENASHE, individually and derivatively on behalf of AMERICAN GENERAL RESOURCES LLC, a Delaware limited liability company, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 272, 2022<br><br>Court Below:  Court of Chancery of the State of Delaware |
| Plaintiffs Below, Appellants, | §<br>§<br>§ | |
| v. | §<br>§ | C.A. No. 2020-0459 |
| MICHAEL RAY, an individual, and VLADIMIR EFROS, an individual, and AMERICAN GENERAL RESOURCES, LLC, a Delaware limited liability company, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants Below, Appellees, | §<br>§ | |
| and | §<br>§ | |
| AMERICAN GENERAL RESOURCES LLC, a Delaware limited liability company, | §<br>§<br>§<br>§<br>§ | |
| Nominal Defendant Below, Appellee. | §<br>§ | |

Submitted:  February 8, 2023
Decided:  March 13, 2023

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## **ORDER**

This 13th day of March 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should

be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order and Final Judgment dated July 7, 2022, the Order of Dismissal dated November 19, 2021, the Letter Decision on Defendants' Application for Attorneys' Fees and Costs dated May 23, 2022, as well as the underlying orders from which an appeal was taken as listed in Appellants' Notice of Appeal dated August 5, 2022;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice